1058

[No. 8391-4-II.   Division Two.   February 17, 1987.]

ALLEN L. MORRIS, ET AL, *Respondents,* v. ROBERT
W. ADAMS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-06393-4, Thomas R. Sauriol, J., entered December 28, 1984. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Day and Meiner, JJ. Pro Tem.

[No. 16190-3-I.   Division One.   February 18, 1987.]

MARY L. SPIVEY, *Appellant,* v. THE CITY OF
SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-08537-5, Jerome M. Johnson, J., entered March 1, 1985. *Affirmed* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Andersen and Knight, JJ. Pro Tem.

[No. 15421-4-I.   Division One.   February 18, 1987.]

WASHINGTON CREDIT, INC., *Respondent,* v. HARVEY
LEONARD PARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-09165-9, Frank D. Howard, J., entered August 30, 1984. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Ringold, A.C.J., and Webster, J.